August 28, 2009

Mr. James C. Ho
Solicitor General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Stuart F. Lewis
Law Office of Stuart F. Lewis
1722 Broadmoor Drive,, Suite 114
P.O. Box 5756
Bryan, TX 77805-5756

RE: Case Number: 08-0363
 Court of Appeals Number: 10-07-00072-CV
 Trial Court Number: 06-001751-CV-CCL2

Style: STATE OFFICE OF RISK MANAGEMENT
 v.
 MARY LAWTON

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. Sharri Roessler |
| |Ms. Karen McQueen |
| |Mr. P. M. Schenkkan |
| |Mr. Wade Caven Crosnoe |
| |Ms. Elaine M. Chaney |
| |Mr. Bradley Dean |
| |McClellan |